McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

APR 19 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR TRACKING WARRANTS CONCERNING: | [~~PROPOSED~~] ORDER TO UNSEAL TRACKING WARRANTS, TRACKING WARRANTS APPLICATION AND AFFIDAVITS |
|---|---|
| A Black Jeep Grand Cherokee, with license plate 5SBE399 | 2:18-SW-0972 KJN |
| A Red Ford Ranger, with license plate 7X37790 | 2:18-SW-1001 AC |
| A Black Jeep Grand Cherokee, with license plate 5SBE399 | 2:18-SW-1283 DB |
| A Black Jeep Grand Cherokee, with license plate 5SBE399 | 2:19-SW-0053 EFB |
| A Black Jeep Grand Cherokee, with license plate 5SBE399 | 2:19-SW-0166 AC |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: April 18, 2019

_____
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1